UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

v.

D-1   HADY ZEHTABZADEH,
       Defendant.
       _____/

Case No. 15-cr-20263

Hon. Robert H. Cleland

## **PRELIMINARY ORDER OF FORFEITURE**

The United States filed an Unopposed Application for Entry of Preliminary Order of Forfeiture ("Application"). Based upon the Information, the terms of defendant Hady Zehtabzadeh's Rule 11 Plea Agreement ("Rule 11"), the Application, defendant's acknowledgment of criminal forfeiture proceedings, and defendant's guilty plea to Count One of the Information (18 U.S.C. § 1349), and other the information in the record, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 defendant Hady Zehtabzadeh ("Defendant") shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to Defendant's violation of 18 U.S.C. § 1349.

2. Pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, a money judgment in an amount of $460,242.10 is

granted and entered against Defendant in favor of the United States of America.

3. The money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant. To satisfy the money judgment, any assets that Defendant has now, or may later acquire may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

4. Pursuant to Fed. R. Crim. P. 32.2, this order shall become the Final Order of Forfeiture at the time of Defendant's sentencing and shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5. The Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

Dated: February 2, 2016            s/Robert H. Cleland
                                   Honorable Robert H. Cleland
                                   United States District Court Judge